UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANTONIO ROY HUNTER,

    Petitioner,                        Case No. 1:09-cv-606

v                                       HON. JANET T. NEFF

CAROL HOWES,

    Respondent.
_____/


## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the objections (Dkt 9) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 5) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

This Final Order concludes this case, and the case shall therefore be closed.


Date: December 1, 2009                                 /s/ Janet T. Neff
                                                             JANET T. NEFF
                                                             United States District Judge